UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-80453-CIV-MIDDLEBROOKS/BRANNON

JOSEPH J. FOSTANO,

    Plaintiff,

vs.

MEDIA COLLECTIONS, INC. d/b/a JOSEPH,
MANN & CREED AND JOHN DOE,

    Defendants.
_____/

## ORDER ACCEPTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND VOLUNTARY DISMISSAL

THIS CAUSE comes before the Court upon Joint Stipulation by Plaintiff Joseph J. Fostano and Defendant Media Collections, Inc. d/b/a Joseph, Mann & Creed (collectively, the "Parties") for Dismissal With Prejudice ("Joint Stipulation") and Notice by Plaintiff of Voluntary Dismissal ("Notice") (DE 15) filed on October 18, 2013. I have reviewed the record and I am otherwise fully advised in the premises.

The Parties filed the Joint Stipulation pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Additionally, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff has not been able to identify and serve Defendant John Doe and, therefore, Defendant John Doe has not filed any responsive pleadings in this action.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. The Parties' Joint Stipulation (DE 15) is **ACCEPTED**;
2. Plaintiff's Notice (DE 15) is **ACCEPTED**;
2. All claims and counterclaims in this action are **DISMISSED WITH PREJUDICE**;
3. Each Party shall bear its own attorney's fees and costs, except as otherwise agreed by the Parties;

1

4. All pending motions are **DENIED AS MOOT**; and

5. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 21 day of October, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

Copies to:   Counsel of Record